1  SWANSON & McNAMARA LLP
   EDWARD W. SWANSON (159859)
2  AUDREY BARRON (286688)
   300 Montgomery Street, Suite 1100
3  San Francisco, California 94104
   Telephone: (415) 477-3800
4  Facsimile: (415) 477-9010

5
   Cooley LLP
6  JOHN H. HEMANN (165823)
   (jhemann@cooley.com)
7  MAX BERNSTEIN (305722)
   (mbernstein@cooley.com)
8  101 California Street, 5th Floor
   San Francisco, CA 94111-5800
9  Telephone:  (415) 693-2000
   Facsimile:  (415) 693-2222
10

11  Attorneys for Defendant CHEN SONG

12

13

14              UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16               SAN FRANCISCO DIVISION

17  UNITED STATES OF AMERICA,          CASE NO. 3:21-cr-00011 WHA

18      Plaintiff,                     **JOINT STATUS STATEMENT**

19  v.                                 Date:          February 9, 2021
                                       Time:          2:00 pm (telephonic)
20  CHEN SONG,

21      Defendant.

22

23

24          The parties submit this joint status statement in advance of the initial appearance before

25  Your Honor on February 9, 2021, at 2:00 pm.

26          Background.   Chen Song was originally charged by complaint on July 17, 2020; she was

27  arrested the next day.  The grand jury returned an indictment against Dr. Song on January 7, 2021.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO
                                                    JOINT STATUS STATEMENT
                                                  (CASE NO. 3:21-cr-00011 WHA)

1         Dr. Song is a neurologist and a Chinese national.  The government alleges she is a member
2   of the military of China's People's Liberation Army ("PLA") Air Force and employed
3   permanently at the PLA's Air Force General Hospital in Beijing.  Until the instant charges were
4   filed, Dr. Song was in the United States on a J-1 visa, working at Stanford University in a
5   neurology lab.  Dr. Song lived in the United States with her daughter, who was six-years-old at the
6   time of Dr. Song's arrest and recently turned seven, at the home of Dr. Song's aunt in Newark,
7   California.  The day after Dr. Song's arrest (July 18, 2020), her daughter returned to China.  Dr.
8   Song was ordered by Magistrate Judge Kim to remain in the United States where she continues to
9   live with her aunt in Newark.

10         The indictment charges a single count of possessing a fraudulent visa, in violation of 18
11   U.S.C. § 1546(a).  The government is considering presenting additional charges to the grand jury,
12   including charges of obstruction of justice and false statements, and has described these charges to
13   the defense.

14         <u>Discovery Status</u>.  The government has been producing discovery to the defense since
15   shortly after the case was charged in July and intends to continue producing discovery to the
16   defense as it receives it.  In addition, the government has informed the defense that it anticipates
17   filing a motion pursuant to the Classified Information Procedures Act (CIPA).

18         <u>Trial</u>.  The parties respectfully request that the Court set trial to begin in this matter on or
19   about April 26, 2021.

20         Because jury trials in this district are being delayed by the pandemic, Dr. Song will waive
21   her right to be tried by a jury and request a bench trial.  Defense counsel have requested that the
22   government consent to a bench trial pursuant to Fed. R. Crim. P. 23(a)(2).  If the government so
23   consents, Dr. Song will agree not to file any pretrial motions, including discovery motions or
24   motions challenging the pleadings, although she will reserve the right to file motions *in limine* or
25   motions challenging expert testimony.  Should the government produce discovery or file charges
26   that the defense believes require litigation through pretrial motions, the defense agrees that the
27   government should be permitted to withdraw its consent to a bench trial.  The government is
28   considering this request and will be in a position to advise the Court of its decision within two

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STATUS STATEMENT
(CASE NO. 3:21-cr-00011 WHA)

2

1   weeks.

2          The parties currently estimate that a bench trial will take three to four days.

3

4   Dated: February 8, 2021                    /s/
                                               Edward W. Swanson
5                                              Audrey Barron
                                               SWANSON & McNAMARA LLP
6
                                               John H. Hemann
7                                              Max Bernstein
                                               COOLEY LLP
8
                                               Attorney for Chen Song
9

10

11

12                                             DAVID L. ANDERSON
                                               United States Attorney
13

14

15  Dated: February 8, 2021                    /s/
                                               BENJAMIN KINGSLEY
16                                             ERIC CHENG
                                               Assistant U.S. Attorneys
17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STATUS STATEMENT
(CASE NO. 3:21-cr-00011 WHA)