UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

    v.

CHEN SONG,

      Defendant.

No.  CR 21-00011 WHA

**TRIAL SCHEDULING ORDER**

As stated on the record at the status conference on February 9, 2021, trial will begin on **APRIL 12, 2021, AT 7 A.M.**  The final pretrial conference will be **APRIL 7, 2021, AT NOON.**  The parties are to submit a written statement regarding whether we will proceed by bench or jury trial by **MARCH 1, 2021, AT NOON.**  If the action is to be tried to the bench, counsel shall also submit a sworn waiver by defendant establishing that she is thinking clearly, knows her rights, and waives trial by jury.

**IT IS SO ORDERED.**

Dated:  February 12, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE