UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 21-011 WHA |
| Plaintiff, | [PROPOSED] ORDER DESIGNATING CLASSIFIED INFORMATION SECURITY OFFICER PURSUANT TO THE UNITED STATES' CIPA SECTION 2 NOTICE |
| v. | |
| CHEN SONG, | |
| Defendant. | |

Having considered the United States' 18 U.S.C. App. 3, § 2 Notice, the Court FINDS:

The Court has been made aware that this case may involve classified information. Federal law explicitly provides that federal courts must have security procedures for the handling of classified information. *See* Classified Information Procedures Act, Pub. L. 96-456 § 9, 94 Stat. 2025 (1980).

For good cause shown, IT IS HEREBY ORDERED that pursuant to Paragraph 2 of the Revised Security Procedures Established Pursuant to Pub L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States for the Protection of Classified Information, the Court HEREBY APPOINTS W. Scooter Slade, Security Specialist, as the Classified Information Security Officer in the above-captioned matter. The Court FURTHER APPOINTS Daniel Hartenstine, Matthew W. Mullery, Maura L. Peterson, Carli V. Rodriguez-Feo, and Harry J. Rucker as Alternate Court Security Officers in the above-captioned matter.

**IT IS SO ORDERED.**

Dated: February 22, 2021.

HONORABLE WILLIAM ALSUP
United States District Judge

U.S. CIPA SEC. 2 NOTICE
CR 21-011 WHA