UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHEN SONG,

    Defendant.

No. CR 21-00011 WHA

**REQUEST FOR INFORMATION**

The Court is trying to plan its calendar and asks whether the parties seek a trial in April in light of the superseding indictment. Please respond by **FEBRUARY 26 AT NOON**.

**IT IS SO ORDERED.**

Dated: February 23, 2021.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE