1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  BENJAMIN KINGSLEY (CABN 314192)
   ERIC CHENG (CABN 274118)
5  Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-6937
        FAX: (415) 436-7234
8       benjamin.kingsley@usdoj.gov

9  Attorneys for United States of America

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,         )  Case No. CR 21-011 WHA
14                                    )
           Plaintiff,                 )  JOINT RESPONSE OF THE PARTIES TO
15                                    )  REQUEST FOR INFORMATION
       v.                             )
16                                    )
   CHEN SONG,                         )
17                                    )
           Defendant.                 )
18  _____ )

19       On February 18, 2021, the grand jury returned a superseding indictment against defendant,

20  adding four counts to the one count initially charged in the original indictment.  Dkt. 55.  On February

21  23, 2021, this Court asked "whether the parties seek a trial in April in light of the superseding

22  indictment."  Dkt. 61.

23       The parties respond as follows. The defense would like to go forward on April 12, 2021.  The

24  government is preparing for the April 12, 2021 trial date set by the Court and requested by the defense at

25  the last hearing.  Though the government believes that a late April or early May trial date would favor a

26  more orderly pretrial process for both parties, the government also understands that the defense wishes

27  to keep the April 12, 2021 trial date.

28

1   Dated: February 26, 2021

2

DAVID L. ANDERSON
United States Attorney

3

4   ___/s/_____
   BENJAMIN KINGSLEY
5   ERIC CHENG
   Assistant United States Attorneys

6

7   ___/s/_____
   EDWARD SWANSON
8   AUDREY BARRON
   JOHN HENRY HEMANN
9   MAX BERNSTEIN
   Counsel for Defendant Chen Song
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28