1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  BENJAMIN KINGSLEY (CABN 314192)
   ERIC CHENG (CABN 274118)
5  Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-6937
        FAX: (415) 436-7234
8       benjamin.kingsley@usdoj.gov

9  Attorneys for United States of America

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                           SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,              )   Case No. CR 21-011 WHA
14                                         )
           Plaintiff,                      )   GOVERNMENT STATEMENT RE JURY TRIAL
15                                         )
      v.                                   )
16                                         )
   CHEN SONG,                              )
17                                         )
           Defendant.                      )
18                                         )

19       Defendant is alleged to be a member of the military of the People's Republic of China. It is the

20  government's preference that this case proceed as normally as possible despite the COVID-19

21  pandemic, and the government therefore requests a jury trial in this matter.

22       However, the government recognizes that defendant has requested a bench trial and is not willing

23  to agree to waivers of time. The government also understands that, at the present time, the Court is not

24  conducting out-of-custody jury trials, and the COVID-19 pandemic may affect the Court's ability to go

25  forward in April with a jury trial for an out-of-custody defendant. As a result, if the Court is unable to

26  hold a jury trial in this matter safely in April, the government consents to a bench trial.

27  //

28  //

GOV'T STATEMENT RE JURY TRIAL
CR 21-011 WHA                              1

| | | |
|---|---|---|
| 1 | Dated: March 1, 2021 | STEPHANIE M. HINDS |
| 2 | | Acting United States Attorney |

\_\_\_/s/_____
BENJAMIN KINGSLEY
ERIC CHENG
Assistant United States Attorneys

GOV'T STATEMENT RE JURY TRIAL
CR 21-011 WHA                                                      2