STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

BENJAMIN KINGSLEY (CABN 314192)
ERIC CHENG (CABN 274118)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Benjamin.Kingsley@usdoj.gov
    Eric.Cheng@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 21-011 WHA |
| Plaintiff, | NOTICE OF FILING PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT (CIPA) |
| v. | |
| CHEN SONG, <br>    a/k/a SONG Chen, | |
| Defendant. | |

The United States of America, by and through its undersigned counsel, hereby gives notice that it has filed, *ex parte*, *in camera*, and under seal, a motion dated March 15, 2021 pursuant to Section 4 of the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. III.

DATED: March 15, 2021

                                                     Respectfully submitted,

                                                     STEPHANIE M. HINDS
                                                     Acting United States Attorney

                                                     /s/
                                                     BENJAMIN KINGSLEY
                                                     ERIC CHENG
                                                     Assistant United States Attorneys