UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHEN SONG,<br><br>    Defendant. | No. CR 21-00011 WHA<br><br>**REQUEST FOR RESPONSE BY DEFENDANT TO NOTICE RE FILING OF CLASSIFIED INFORMATION PURSUANT TO CIPA SECTION 4** |

The Court has received an *ex parte* and *in camera* motion pursuant to Section 4 of the Classified Information Procedures Act (CIPA), 18 U.S.C. § App. III, as described in the government's notice (Dkt. No. 70). Defendant is invited to provide a public response setting forth the points and authorities that she believes the Court should bear in mind while evaluating the Government's motion. Defendant is also invited to file *ex parte* and *in camera* a statement delineating her defense. Such statement will assist both in assessing the materiality of the classified information to the defense and in crafting an adequate remedy. Both responses are due **MARCH 18 AT 5:00 P.M.**

**IT IS SO ORDERED.**

Dated: March 16, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE