UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CHEN SONG,<br><br>    Defendant. | No. CR 21-00011 WHA<br><br>**ORDER RE POSSIBILITY OF REVIEW OF CIPA SECTION 4 MATERIAL** |

The undersigned believes it would be beneficial for Attorney Hemann to review the classified materials and to advise which if any would be helpful and relevant to the defense. By **MONDAY AT 10:00 A.M.**, both sides shall address this possibility on the assumption that his clearance is or will promptly be updated.

**IT IS SO ORDERED.**

Dated: March 19, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE