1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  BENJAMIN KINGSLEY (CABN 314192)
   ERIC CHENG (CABN 274118)
5  Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7200
        FAX: (415) 436-7234
8       benjamin.kingsley@usdoj.gov
        eric.cheng@usdoj.gov
9
   Attorneys for the United States of America
10
                        UNITED STATES DISTRICT COURT
11
                       NORTHERN DISTRICT OF CALIFORNIA
12
                            SAN FRANCISCO DIVISION
13

14 | UNITED STATES OF AMERICA,        ) CASE NO. 21-CR-00011 WHA
                                      )
15 |     Plaintiff,                   )
                                      ) UNITED STATES' NOTICE OF APPEAL
16 |   v.                             )
                                      )
17 | CHEN SONG,                       )
         a/k/a SONG Chen,             ) 18 U.S.C. App. III § 7 Appeal
18 |                                  )
         Defendant.                   )
19 |_____ )

20

21       Pursuant to Section 7 of the Classified Information Procedures Act (CIPA), 18 U.S.C. App. III,

22 the United States of America appeals to the United States Court of Appeals for the Ninth Circuit:  (1) the

23 district court's oral orders from the March 25, 2021 *ex parte*, *in camera*, and under seal hearing granting

24 in part and denying in part the government's *ex parte*, *in camera*, and under seal motions pursuant to

25 CIPA § 4 associated with notices publicly filed on March 15, 2021 (Doc. 70) and March 19, 2021 (Doc.

26 78), as referenced in the court's March 26, 2021 public written decision (Doc. 95); and (2) the district

27 court's March 29, 2021 *ex parte* and under seal written order denying the government's *ex parte*, *in*

28

*camera*, and under seal supplement and motions for substitution and reconsideration pursuant to CIPA § 4 associated with the notice publicly filed on March 29, 2021 (Doc. 97).

DATED: March 30, 2021                                Respectfully submitted,

                                                     STEPHANIE M. HINDS
                                                     Acting United States Attorney


                                                     _____/s/_____
                                                     BENJAMIN KINGSLEY
                                                     ERIC CHENG
                                                     Assistant United States Attorneys