1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  BENJAMIN KINGSLEY (CABN 314192)
   ERIC CHENG (CABN 274118)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7200
       FAX: (415) 436-7234
8      Benjamin.Kingsley@usdoj.gov
       Eric.Cheng@usdoj.gov
9
   Attorneys for United States of America
10
                    UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12
                      SAN FRANCISCO DIVISION
13

14 UNITED STATES OF AMERICA,              )  Case No. CR 21-011 WHA
                                          )
15          Plaintiff,                     )  STIPULATION AND [PROPOSED] ORDER TO
                                          )  VACATE SCHEDULING ORDER AND TRIAL
16      v.                                 )  DATES
                                          )
17 CHEN SONG,                              )
          a/k/a SONG Chen,                 )
18                                         )
          Defendant.                       )
19 _____)

20      The Court entered a scheduling order in this matter on March 18, 2021 (Dkt. 73) ("Scheduling

21 Order"), and granted the parties' stipulation (Dkt. 96) to continue the pretrial deadlines on March 29,

22 2021 (Dkt. 98).

23      In view of the government's notice of appeal filed today (Dkt. 100), it is hereby stipulated by and

24 between counsel for the United States and counsel for the defendant Chen Song that, with the Court's

25 approval:

26      1.  The deadlines for oppositions to the motions for the final pretrial conference currently set for

27          April 2 and replies set for April 5 are **STAYED** until further order of the Court;

28      2.  The deadline for pre-trial briefs and other pre-trial filings currently set for April 2, and any

1    other deadlines set forth in the Scheduling Order, are **VACATED**;

2    3.  The final pretrial conference set for April 7 is **VACATED**; and

3    4.  The bench trial date of April 9 is **VACATED**.

**IT IS SO STIPULATED.**

STEPHANIE M. HINDS
Acting United States Attorney

Dated: March 30, 2021

    /s/
BENJAMIN KINGSLEY
ERIC CHENG
Assistant United States Attorneys

Dated: March 30, 2021

    /s/
EDWARD SWANSON
AUDREY BARRON
JOHN HENRY HEMANN
Counsel for Defendant Chen Song

**IT IS SO ORDERED.**

Dated:  March 30, 2021.

HON. WILLIAM ALSUP
United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER
CR 21-011 WHA