SWANSON & McNAMARA LLP
EDWARD W. SWANSON, SBN 159859
AUDREY BARRON, SBN 286688
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

COOLEY LLP
JOHN H. HEMANN (165823)
MAX BERNSTEIN (305722)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant
CHEN SONG

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHEN SONG,<br><br>　　　　Defendant. | CASE NO. 3:21-cr-00011 WHA<br><br>**STIPULATION AND [PROPOSED] BRIEFING SCHEDULE** |

　　　IT IS HEREBY STIPULATED AND AGREED between defendant Chen Song, by and through her undersigned defense counsel, and the United States of America, by and through its counsel, that the parties will brief and argue the Defendant's pending Motion in Limine to Exclude July 13, 2020 FBI Interview on the following schedule: the government's opposition to

1

the motion will be due on April 30. The defendant's reply will be due on May 12. Oral argument on the motion will take place on May 19 at 8:00 a.m.

**IT IS SO STIPULATED.**

DATED:   April 20, 2021

/s/
ERIC CHENG
Assistant United States Attorney

/s/
EDWARD W. SWANSON
Swanson & McNamara LLP
Attorneys for CHEN SONG

### ORDER

Pursuant to stipulation, IT IS SO ORDERED. The government's opposition to the Defendant's Motion in Limine to Exclude July 13, 2020 FBI Interview will be due on April 30. The defendant's reply will be due on May 12. Oral argument on the motion will take place on May 19 at 8:00 a.m.

DATED: April 21, 2021.

HON. WILLIAM ALSUP
United States Senior District Court Judge