| | |
|---|---|
| 1 | SWANSON & McNAMARA LLP |
| | EDWARD W. SWANSON, SBN 159859 |
| 2 | AUDREY BARRON, SBN 286688 |
| | 300 Montgomery Street, Suite 1100 |
| 3 | San Francisco, CA 94104 |
| | Telephone: (415) 477-3800 |
| 4 | Facsimile: (415) 477-9010 |
| 5 | COOLEY LLP |
| | JOHN H. HEMANN (165823) |
| 6 | MAX BERNSTEIN (305722) |
| | 101 California Street, 5th Floor |
| 7 | San Francisco, CA 94111-5800 |
| | Telephone: (415) 693-2000 |
| 8 | Facsimile: (415) 693-2222 |
| 9 | Attorneys for Defendant |
| | CHEN SONG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:21-cr-00011 WHA |
| Plaintiff, | **DEFENDANT CHEN SONG'S REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S REQUEST TO FILE SUPPLEMENTAL AUTHORITY** |
| v. | Dept:     Courtroom 12 – 19th Floor |
| CHEN SONG, | Judge:    District Judge William Alsup |
| Defendant. | Date Filed:   January 7, 2021 |
| | Trial Date:   Not yet set |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANT'S REPLY TO
GOVERNMENT'S RESPONSE
(CASE NO. 3:21-cr-00011 WHA)

Defendant Chen Song respectfully requests that the Court strike the government's Response to Request to File Supplemental Authority, filed as ECF 121, for violation of Civil Local Rule 7-3(d)[1], because it improperly presents legal argument and new caselaw. The arguments made in ECF 121 were not presented in the government's briefing or at oral argument, and the cases the government cites were issued before the briefing and oral argument and not previously cited.[2]

Dated: June 3, 2021

SWANSON & McNAMARA LLP

By: /s/
Edward W. Swanson

Attorney for Defendant
CHEN SONG

Dated: June 3, 2021

COOLEY LLP

By: /s/
John H. Hemann

Attorney for Defendant
CHEN SONG

251425711

---

[1] This rule applies in criminal cases pursuant to Criminal Local Rule 2-1.

[2] Should the Court decide to consider this new argument and caselaw, Dr. Song respectfully requests an opportunity to respond to the government's filing.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEFENDANT'S REPLY TO
GOVERNMENT'S RESPONSE
(CASE NO. 3:21-cr-00011 WHA)