1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  KYLE F. WALDINGER (CABN 298752)
   ERIC CHENG (CABN 274118)
5  Assistant United States Attorney

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7200
        FAX: (415) 436-7234
8       kyle.waldinger@usdoj.gov
        eric.cheng@usdoj.gov
9
   Attorneys for United States of America
10
                        UNITED STATES DISTRICT COURT
11
                       NORTHERN DISTRICT OF CALIFORNIA
12
                             SAN FRANCISCO DIVISION
13

14 | UNITED STATES OF AMERICA,       ) CASE NO. 21-CR-0011 WHA
                                     )
15 |         Plaintiff,               ) NOTICE OF DISMISSAL
                                     )
16 |    v.                            )
                                     )
17 | CHEN SONG,                       )
          a/k/a SONG Chen,            )
18 |                                  )
             Defendant.               )
19 |_____)

20

21      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

22 States Attorney for the Northern District of California dismisses the Indictment and Superseding

23 Indictment against defendant Chen Song.

24 DATED: July 23, 2021                          Respectfully submitted,

25                                               STEPHANIE M. HINDS
                                                 Acting United States Attorney
26
                                                 *Hallie Hoffman*
27                                               _____
                                                 HALLIE HOFFMAN
28                                               Chief, Criminal Division

NOTICE OF DISMISSAL
Case No. 21-CR-0011 WHA                                                           v. 7/10/2018

1   Leave is granted to the government to dismiss the Indictment and Superseding Indictment
2   against defendant Chen Song.
3
4   Date: _____
                                                    _____
                                                    HON. WILLIAM ALSUP
5                                                   United States District Judge