UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | No. CR 21-00011 WHA |
| v. | |
| CHEN SONG, | **ORDER RE NOTICE OF DISMISSAL** |
| Defendant. | |

Leave to dismiss the indictment and superseding indictment against Chen Song in the above-captioned case is **GRANTED**. Her passport shall be returned immediately. She may travel freely.

**IT IS SO ORDERED.**

Dated: July 23, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE