|  | **FILED** |
|---|---|
| UNITED STATES COURT OF APPEALS | JUL 28 2021 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| UNITED STATES OF AMERICA, | No. 21-10095 |
|---|---|
| Plaintiff-Appellant, | D.C. Nos.<br>3:21-cr-00011-WHA-1<br>3:21-cr-00011-WHA |
| v. | Northern District of California, |
| CHEN SONG, AKA Song Chen, | San Francisco |
| Defendant-Appellee. | ORDER |

The United States of America's motion [51] to voluntarily dismiss its appeal in the above captioned action is GRANTED. This order will serve as the mandate.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Omar Cubillos
Deputy Clerk
Ninth Circuit Rule 27-7